# EXHIBIT A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Appln. Serial No. : 12/393,884 | ) Examiner:  Ali Soroush |
| Applicant :          Pierre F. Lebreton | ) Art unit:    1617 |
| Filing Date:        February 26, 2009 | ) |
| For:                   HYALURONIC ACID-BASED | ) |
| GELS INCLUDING LIDOCAINE | ) Confirmation No.  1553 |

DECLARATION UNDER 37 C.F.R § 1.132

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1.      I am employee of Allergan, Inc., the assignee of this application.

2.      I am an expert in the area of polymer chemistry for medical aesthetics.  I hold
Ph.D in Chemistry and Physico-Chemistry of Polymers, from the University of
Montpellier-France, and a Masters of Science degree in Polymer Material from the
National Chemistry School of Montpellier, France.

3.      I am also the inventor of the invention claimed in the above referenced subject
patent application.

4.      I am familiar with the state of the art related to soft tissue fillers comprising
crosslinked hyaluronic acid ("HA") shortly prior to August 4, 2008.  My statements below
are directed to the knowledge and belief of those having ordinary skill in the art at this
time.

5.      It was believed that adding lidocaine to hyaluronic acid gel compositions during
manufacturing caused degradation of the hyaluronic acid prior to injection of the HA as
a dermal filler.

Application Serial No. 12/393,884                                    Docket No. 18438-59 (COR)

6.      It was believed that lidocaine caused degradation of HA gel compositions during high temperature sterilization.

7.      It was not known whether HA compositions comprising lidocaine were stable or not after high temperature sterilization when placed in storage for any significant length of time.

8.      It was also believed that the instability of HA described above would have caused a viscosity reduction of the HA that would make it unsuitable for soft tissue filling applications.

9.      Based upon the facts set forth above, a person of ordinary skill in the art would have expected that a dermal filler comprising hyaluronic acid and lidocaine would not have remained sufficiently stable to be useful as a soft tissue filler.

10.     It was not appreciated that a dermal filler comprising a cohesive gel of hyaluronic acid makes it possible for lidocaine to be combined with hyaluronic acid in a gel that is sufficiently stable to be useful as a soft tissue filler.

11.     The enhanced stability properties of the inventive dermal fillers was evidenced by certain experiments performed under my direction by my research team prior to the application filing date.

12.     The experiments are generally set forth in the patent application in the Examples and Drawings.

13.     The experiments showed that certain HA gels, when mixed with lidocaine, degraded and became substantially less viscous after high temperature sterilization, specifically autoclave sterilization, as would have been expected by one of ordinary skill in the art. This is shown in Figures 1-3 of the application. Samples 1, 2 and 3 exhibited a decrease in viscosity of approximately 60%, 73% and 35%, respectively.

14.     I discovered that other HA gels, when mixed with lidocaine, maintained their viscosity and elasticity, even after such high temperature sterilization. This is shown in Figures 4, 5 and 7 of the application. Samples 4, 5 and 6 exhibited a decrease in

Application Serial No. 12/393,884                    Docket No. 18438-59 (COR)

viscosity of approximately 30%, 0% and 13%, respectively and a non-significant viscosity change (measured at -4%, +9%, -2%, respectively, below 10%) with additional pH adjustment.

15.     To my knowledge, it was a surprising and unexpected discovery, not appreciated prior to the present invention, that certain cohesive HA gels, as defined in the application, when mixed with lidocaine, could be made to be heat and shelf stable.

17.     I hereby declare that all statements made herein of my own knowledge and belief are true; and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

### SIGNATURE

Date: May, 2nd 2012

Pierre F. Lebreton

Signed at: Princy ( France )

7142464249                                       11:36:12 a.m.     03-07-2012        2/6

## FOR DISCUSSION PURPOSES ONLY
## DRAFT-CONFIDENTIAL

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Appln. Serial No. : | 12/393,884 | ) Examiner: | Ali Soroush |
| Applicant : | Pierre F. Lebreton | ) Art unit: | 1617 |
| Filing Date: | February 26, 2009 | ) | |
| For: | HYALURONIC ACID-BASED | ) | |
| | GELS INCLUDING LIDOCAINE | ) Confirmation No. | 1553 |

**DECLARATION UNDER 37 C.F.R § 1.132**

RECEIVED
CENTRAL FAX CENTER

MAR 0 7 2012

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1.      I am employee of Allergan, Inc., the assignee of this application.

2.      I am an expert in the area of polymer chemistry for medical aesthetics.

3.      I am also the inventor of the invention claimed in the above referenced subject patent application.

4.      I am familiar with the state of the art related to soft tissue fillers comprising crosslinked hyaluronic acid shortly prior to August 4, 2008. My statements below are directed to the knowledge and belief of those having ordinary skill in the art at this time.

5.      It was believed that adding lidocaine to hyaluronic acid gel compositions during manufacturing caused degradation of the hyaluronic acid prior to injection of the composition as a soft tissue filler.

6.      It was also believed that lidocaine caused degradation of hyaluronic acid gel compositions during high temperature sterilization.

*FOR DISCUSSION PURPOSES ONLY*
DRAFT-CONFIDENTIAL

Application Serial No. 12/393,884                              Docket No. 18438-59 (COR)

7.      It was also believed that hyaluronic acid gel compositions comprising lidocaine were not stable after high temperature sterilization when placed in storage for any significant length of time.

8.      It was also believed that the instability of hyaluronic acid described above would have caused a viscosity reduction of the hyaluronic acid gel composition that would make it unsuitable for soft tissue filling applications.

9.      Based upon this, a person of ordinary skill in the art would have expected that a composition comprising hyaluronic acid and lidocaine would not have remained sufficiently stable, particularly after high temperature sterilization, to be useful as a soft tissue filler.

10.     It was not appreciated, prior to the present invention, that a composition comprising a cohesive gel of hyaluronic acid would have enhanced stability properties, making it possible for lidocaine to be incorporated into the composition to produce a composition that is sufficiently stable to be useful as a high temperature-sterilized, soft tissue filler.

11.     The enhanced stability properties of the inventive hyaluronic acid and lidocaine compositions were evidenced by certain experiments performed by my research team and generally described in the subject patent application.

12.     As a person signing below:

I hereby declare that all statements made herein of my own knowledge and belief are true; and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

- 2 -

*FOR DISCUSSION PURPOSES ONLY*
**DRAFT-CONFIDENTIAL**

Application Serial No. 12/393,884                                          Docket No. 18438-59 (COR)

## SIGNATURE

Full Name:   Pierre F. Lebreton

_____        Date:_____

Pierre F. Lebreton

- 3 -