IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-126 (CFC) |
| PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO DISMISS
COUNT VII OF DEFENDANTS' COUNTERCLAIM AND TO STRIKE
DEFENDANTS' FOURTH AFFIRMATIVE DEFENSE**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f), Plaintiffs Allergan USA, Inc. and Allergan

Industrie SAS (collectively, "Allergan") move to dismiss Count VII of Defendants' Counterclaim

and to strike Defendants' fourth affirmative defense.  The grounds for this motion are set forth more

fully in Allergan's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Gary E. Hood
Mark T. Deming
Randal S. Alexander
Enes Ovcina
POLSINELLI PC
150 North Riverside Plaza, Suite 3000
Chicago, IL  60601
(312) 819-1900

June 27, 2019

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with

the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered

participants.

I further certify that I caused copies of the foregoing document to be served on

June 27, 2019, upon the following in the manner indicated:

John G. Day, Esquire                                              *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendants*

John W. Harbin, Esquire                                          *VIA ELECTRONIC MAIL*
Gregory J. Carlin, Esquire
Warren Thomas, Esquire
Robert J. Leonard, Esquire
MEUNIER CARLIN & CURFMAN LLP
999 Peachtree Street NE, Suite 1300
Atlanta, GA  30309
*Attorneys for Defendants*

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)