IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS, <br><br> Plaintiffs, <br><br> v. <br><br> PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC., <br><br> Defendants. | C.A. No. 19-126 (CFC) (SRF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to apply for a protective order for confidential information, as set forth in paragraph 11 of the Scheduling Order (D.I. 19), is extended until October 9, 2019.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> jtigan@mnat.com | John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> jday@ashbygeddes.com <br> amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of September, 2019.

_____
District Court Judge