IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS,<br><br>Plaintiffs,<br><br>v.<br><br>PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 19-126-CFC-SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of September, 2019,

**DEFENDANTS PROLLENIUM US INC. AND PROLLENIUM MEDICAL TECHNOLOGIES INC.'S INVALIDITY CONTENTIONS** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19801 | **VIA ELECTRONIC MAIL** |
| Gary E. Hood, Esquire<br>POLSINELLI PC<br>150 North Riverside Plaza, Suite 3000<br>Chicago, IL  60601 | **VIA ELECTRONIC MAIL** |

{01429360;v1 }

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
|  | _____ |
| *Of Counsel:* | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor |
| John W. Harbin | P.O. Box 1150 |
| Gregory J. Carlin | Wilmington, DE 19899 |
| Warren Thomas | (302) 654-1888 |
| Robert J. Leonard | jday@ashbygeddes.com |
| MEUNIER CARLIN & CURFMAN LLC | amayo@ashbygeddes.com |
| 999 Peachtree Street NE, Suite 1300 |  |
| Atlanta, GA  30309 | *Attorneys for Defendants* |
| (404) 645-7700 |  |

Dated:  October 1, 2019