IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and<br>ALLERGAN INDUSTRIE SAS,<br><br>          Plaintiffs,<br><br>     v.<br><br>PROLLENIUM US INC. and PROLLENIUM<br>MEDICAL TECHNOLOGIES INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-126 (CFC) (SRF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR CONFERENCE
TO RESOLVE PROTECTIVE ORDER DISPUTES**

Plaintiffs Allergan USA, Inc. and Allergan Industrie SAS and Defendants Prollenium US Inc. and Prollenium Medical Technologies Inc. respectfully move this Court to schedule a conference to address outstanding disputes regarding the following protective order matters:

- Whether the protective order in this case should provide an outside counsel's eyes only tier of confidentiality, and the form of the 'confidential' tier.

- Whether the protective order should require the disclosure of certain of a proposed expert's prior retentions as a prerequisite to that expert's access to confidential information.

- Whether the protective order should require independent outside litigation support persons or firms to sign an undertaking to abide by the protective order.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on: August 27, 2019:

Delaware Counsel: Jack Blumenfeld (Plaintiffs); Andrew Mayo (Defendants)

Lead Counsel: Luke Shannon and Helena Berezowskyj (Plaintiffs); John Harbin (Defendants)

2

Mr. Shannon and Mr. Harbin conferred again about these issues by telephone on October 28, 2019.

The parties are available for a conference before or after the oral argument on plaintiffs' motion to dismiss set for December 10 at 10:00 a.m., or for a teleconference on December 18 or 19.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Andrew C. Mayo* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of December, 2019.

_____
United States Magistrate Judge