IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC.,<br><br>    Defendants. | C.A. No. 19-126 (CFC) (SRF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Allergan's List of Claim Terms for Proposed Construction* were caused to be served on December 19, 2019 upon the following in the manner indicated:

John G. Day, Esquire                                                       *VIA ELECTRONIC MAIL*
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendants*

John W. Harbin, Esquire                                               *VIA ELECTRONIC MAIL*
Gregory J. Carlin, Esquire
Warren Thomas, Esquire
Robert J. Leonard, Esquire
MEUNIER CARLIN & CURFMAN LLP
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
*Attorneys for Defendants*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Jeremy A. Tigan (#5239) |
| Gary E. Hood | 1201 North Market Street |
| Mark T. Deming | P.O. Box 1347 |
| Randal S. Alexander | Wilmington, DE  19899 |
| Enes Ovcina | (302) 658-9200 |
| Luke T. Shannon | jblumenfeld@mnat.com |
| POLSINELLI PC | jtigan@mnat.com |
| 150 North Riverside Plaza, Suite 3000 |  |
| Chicago, IL  60601 | *Attorneys for Plaintiffs* |
| (312) 819-1900 |  |
|  |  |
| December 19, 2019 |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 19, 2019, upon the following in the manner indicated:

| | |
|---|---|
| John G. Day, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| John W. Harbin, Esquire<br>Gregory J. Carlin, Esquire<br>Warren Thomas, Esquire<br>Robert J. Leonard, Esquire<br>MEUNIER CARLIN & CURFMAN LLP<br>999 Peachtree Street NE, Suite 1300<br>Atlanta, GA  30309<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)