IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and<br>ALLERGAN INDUSTRIES SAS,<br><br>Plaintiffs,<br><br>v.<br><br>PROLLENIUM US, INC. and<br>PROLLENIUM MEDICAL<br>TECHNOLOGIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 19-126-CFC-SRF<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 24th day of January, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on December 30, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 55) is ADOPTED.

2. Plaintiffs' Motion to Dismiss Count VII of Defendants' Counterclaim and to Strike Defendants' Fourth Affirmative Defense (D.I. 34) is GRANTED.

3. Count VII of Defendant's Amended Answer and Counterclaim (D.I. 29) is DISMISSED without prejudice.

4. The fourth affirmative defense in Defendant's Amended Answer and Counterclaim (D.I. 29) is STRUCK without prejudice.

_____
United States District Judge