IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS, <br><br> Plaintiffs, <br><br> v. <br><br><br> PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 19-126-CFC ) ) ) ) ) ) ) ) ) |
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS, <br><br> Plaintiffs, <br><br> v. <br><br><br> PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 20-104-CFC ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Defendants Prollenium US Inc. and Prollenium Medical Technologies Inc. (collectively, "Prollenium") respectfully move to stay these cases pending resolution of the *Inter Partes* Review petitions instituted by the Patent Trial and Appeal Board on U.S. Patent Nos. 8,450,475, 8,357,795, 8,822,676, 9,089,519,

{01554654;v1 }

9,238,013, and 9,358,322 patents. The grounds for this motion are set forth in Prollenium's Opening Brief submitted herewith.

|  |  |
|---|---|
| *Of Counsel:*<br><br>John W. Harbin<br>Gregory J. Carlin<br>Warren Thomas<br>Robert J. Leonard<br>MEUNIER CARLIN & CURFMAN LLC<br>999 Peachtree Street NE, Suite 1300<br>Atlanta, GA 30309<br>(404) 645-7700<br><br>Dated: April 13, 2020 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendants* |

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)