IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS, <br><br>  Plaintiffs, <br><br>  v. <br><br> PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC., <br><br>  Defendants. | ) ) ) ) ) ) ) C.A. No. 19-126-CFC ) ) ) ) ) ) ) ) |
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS, <br><br>  Plaintiffs, <br><br>  v. <br><br> PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC., <br><br>  Defendants. | ) ) ) ) ) ) ) C.A. No. 20-104-CFC ) ) ) ) ) ) ) ) |

## ORDER ON DEFENDANTS' MOTION TO STAY

WHEREAS, the Court having considered Defendants Prollenium US Inc. and Prollenium Medical Technologies Inc.'s (collectively, "Prollenium") Motion to Stay Pending *Inter Partes* Review and the briefing in support of and opposed to that motion,

{01554661;v1 }

IT IS HEREBY ORDERED this _____ day of _____, 20__

that Prollenium's Motion to Stay Pending Inter Partes Review is GRANTED.

_____
United States District Judge