# Exhibit A

| | |
|---|---|
| **From:** | Ario Khoshbin <ario@prollenium.com> |
| **Sent:** | Wednesday, November 07, 2018 1:19 PM |
| **To:** | Poche_Thomas |
| **Cc:** | khasha Ighanian |
| **Subject:** | Re: Revanesse Versa with Lidocaine |

Hi Tom,

Thanks again for your time today.

Here is the link to the approval and PMA:

https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?ID=416782

Please let me know if you need anything else.

Regards

Mr. Ario Khoshbin
Founder and CEO
Prollenium Medical Technologies Inc.
138 Industrial Parkway North
Aurora Ontario
L4G 4C3
CANADA
tel: +1 (905) 508-1469
Toll free: (866) 353-3015
Office fax: +1 (905) 508-6716
Toll free: (888) 351-5976
www.prollenium.com
ario@prollenium.com
Skype: ariokhoshbin

This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.

On Nov 7, 2018, at 2:10 PM, Poche_Thomas <Thomas.Poche@Allergan.com> wrote:

Thanks for the call guys. If you send me the FDA approved product material, that'll save me some time on this end.
Thanks,
Tom
Thomas F. Poché, J.D., Ph.D.
862-261-7962 (tel)
973-723-7490 (cell)

**From:** Ario Khoshbin <ario@prollenium.com>
**Sent:** Monday, November 5, 2018 4:41 PM
**To:** Poche_Thomas <Thomas.Poche@Allergan.com>

1

**Cc:** Bunnin_Donald <Bunnin_Donald@Allergan.com>; khasha Ighanian <khasha@prollenium.com>
**Subject:** Re: Revanesse Versa with Lidocaine

Hi Tom

Thanks for getting back to me. That time works for me.

Do you want to set up a conference or should I?

Regards
Mr. Ario Khoshbin
Founder and CEO
Prollenium Medical Technologies Inc.
138 Industrial Parkway North
Aurora Ontario
L4G 4C3
CANADA
tel: +1 (905) 508-1469
Toll free: (866) 353-3015
Office fax: +1 (905) 508-6716
Toll free: (888) 351-5976
www.prollenium.com
ario@prollenium.com
Skype: ariokhoshbin

This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.

On Nov 5, 2018, at 4:18 PM, Poche_Thomas <Thomas.Poche@Allergan.com> wrote:

Ario –

Would Wednesday between 2pm and 5pm (Eastern) work on your end?

Tom

Thomas F. Poché, J.D., Ph.D.
862-261-7962 (tel)
973-723-7490 (cell)

**From:** Ario Khoshbin <ario@prollenium.com>
**Sent:** Friday, November 2, 2018 4:19 PM
**To:** Poche_Thomas <Thomas.Poche@Allergan.com>
**Cc:** Bunnin_Donald <Bunnin_Donald@Allergan.com>; khasha Ighanian <khasha@prollenium.com>
**Subject:** Re: Revanesse Versa with Lidocaine

Thanks Tom,

I am relatively wide open next week. Maybe you can shoot me couple of times and hopefully we can make one work?

Have a great weekend,
Mr. Ario Khoshbin
Founder and CEO
Prollenium Medical Technologies Inc.
138 Industrial Parkway North
Aurora Ontario
L4G 4C3
CANADA
tel: +1 (905) 508-1469
Toll free: (866) 353-3015
Office fax: +1 (905) 508-6716
Toll free: (888) 351-5976
www.prollenium.com
ario@prollenium.com
Skype: ariokhoshbin

This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free

as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.

On Nov 2, 2018, at 4:05 PM, Poche_Thomas <Thomas.Poche@Allergan.com> wrote:

Aria, I'm traveling today but should have time early in the week when I'm back in our New Jersey office. If you could let me know your availability I will try and set up a call. Tom

Thomas F. Poche, PhD,

**Allergan, VP Intellectual Property**

973-723-7490 (cell)
Sent from my iPhone

On Nov 2, 2018, at 2:18 PM, Ario Khoshbin <ario@prollenium.com> wrote:

> Thank you so much. I look forward to hearing back.
> Regards
> Mr. Ario Khoshbin
> Founder and CEO
> Prollenium Medical Technologies Inc.
> 138 Industrial Parkway North
> Aurora Ontario
> L4G 4C3
> CANADA
> tel: +1 (905) 508-1469
> Toll free: (866) 353-3015
> Office fax: +1 (905) 508-6716
> Toll free: (888) 351-5976
> www.prollenium.com
> ario@prollenium.com
> Skype: ariokhoshbin
>
> This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.
> On Nov 1, 2018, at 3:00 PM, Bunnin_Donald <Bunnin_Donald@Allergan.com> wrote:
> Mr. Khoshbin,
>
> I received your email below and your voicemail from earlier today. My colleague, Tom Poche, is responsible for Allergan's patent portfolio and will reach out to you next week to set up a time to talk.
>
> Best,
>
> Don
>
>
> Donald P. Bunnin
> Associate Vice President, Senior Counsel - Litigation & Medical Aesthetics
> 2525 Dupont Drive
> Irvine, CA 92612
> Phone: (714) 246-5532
> donald.bunnin@allergan.com
> www.allergan.com
>
>
> -----Original Message-----

3

From: Ario Khoshbin <ario@prollenium.com>
Sent: Wednesday, October 31, 2018 10:43 AM
To: Bunnin_Donald <Bunnin_Donald@Allergan.com>
Subject: Revanesse Versa with Lidocaine

Mr. Bunnin,

I would like to discuss my companies new product Revanesse Versa with Lidocaine with an appropriate person at Allergan. Given Allergans patent portfolio related to Hyaluronic Acid fillers with lidocaine, I thought it would be prudent to reach out to you before we begin to market the device in the United States.

Would you like to set a time to discuss?

Regards
Ario


This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

# Exhibit B

| | |
|---|---|
| **From:** | Khasha Ighanian <kighanian@gmail.com> |
| **Sent:** | Monday, December 10, 2018 1:32 PM |
| **To:** | Poche_Thomas |
| **Cc:** | Ario Khoshbin |
| **Subject:** | Re: Revanesse Versa with Lidocaine |

Hi Tom

Let's book it for 1:00 tomorrow. Should we call your office line?

Best
Khasha

--
Mr. Khasha Ighanian
Co-President
Prollenium Medical Technologies Inc
138 Industrial Parkway N.
Aurora ON, L4G 4C3
Tel: 905.508.1469
Toll Free: 866.353.3015
Fax: 905.508.6716
khasha@prollenium.com
www.prollenium.com
twitter.com/prollenium

This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.

On Dec 10, 2018, at 2:25 PM, Poche_Thomas <Thomas.Poche@Allergan.com> wrote:

I'm open from 1-2pm, 2:30-3pm and 4-4:30pm Eastern if any of those work on your end.
Tom
Thomas F. Poché, J.D., Ph.D.
862-261-7962 (tel)

1

973-723-7490 (cell)

**From:** Khasha Ighanian <kighanian@gmail.com>
**Sent:** Monday, December 10, 2018 2:21 PM
**To:** Poche_Thomas <Thomas.Poche@Allergan.com>
**Cc:** Ario Khoshbin <ario@prollenium.com>
**Subject:** Re: Revanesse Versa with Lidocaine
Hi Tom
Are you free tomorrow early afternoon?
Best
Khasha
--
Mr. Khasha Ighanian
Co-President
Prollenium Medical Technologies Inc
138 Industrial Parkway N.
Aurora ON, L4G 4C3
Tel: 905.508.1469
Toll Free: 866.353.3015
Fax: 905.508.6716
khasha@prollenium.com
www.prollenium.com
twitter.com/prollenium

This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.

On Dec 10, 2018, at 2:17 PM, Poche_Thomas <Thomas.Poche@Allergan.com> wrote:
Ario - do you have any time later in the week to follow up on this?
Tom
Thomas F. Poché, J.D., Ph.D.
862-261-7962 (tel)
973-723-7490 (cell)

**From:** Poche_Thomas
**Sent:** Monday, November 5, 2018 4:18 PM
**To:** 'Ario Khoshbin' <ario@prollenium.com>
**Cc:** Bunnin_Donald <Bunnin_Donald@Allergan.com>; khasha Ighanian <khasha@prollenium.com>
**Subject:** RE: Revanesse Versa with Lidocaine
Ario –

2

Would Wednesday between 2pm and 5pm (Eastern) work on your end?

Tom

Thomas F. Poché, J.D., Ph.D.

862-261-7962 (tel)

973-723-7490 (cell)

---

**From:** Ario Khoshbin <ario@prollenium.com>
**Sent:** Friday, November 2, 2018 4:19 PM
**To:** Poche_Thomas <Thomas.Poche@Allergan.com>
**Cc:** Bunnin_Donald <Bunnin_Donald@Allergan.com>; khasha Ighanian <khasha@prollenium.com>
**Subject:** Re: Revanesse Versa with Lidocaine

Thanks Tom,

I am relatively wide open next week. Maybe you can shoot me couple of times and hopefully we can make one work?

Have a great weekend,

Mr. Ario Khoshbin
Founder and CEO
Prollenium Medical Technologies Inc.
138 Industrial Parkway North
Aurora Ontario
L4G 4C3
CANADA
tel: +1 (905) 508-1469
Toll free: (866) 353-3015
Office fax: +1 (905) 508-6716
Toll free: (888) 351-5976
www.prollenium.com
ario@prollenium.com
Skype: ariokhoshbin

This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.

On Nov 2, 2018, at 4:05 PM, Poche_Thomas <Thomas.Poche@Allergan.com> wrote:

Aria, I'm traveling today but should have time early in the week when I'm back in our New Jersey office. If you could let me know your availability I will try and set up a call.

Tom

Thomas F. Poche, PhD,

**Allergan, VP Intellectual Property**

973-723-7490 (cell)

Sent from my iPhone

On Nov 2, 2018, at 2:18 PM, Ario Khoshbin <ario@prollenium.com> wrote:

Thank you so much. I look forward to hearing back.

Regards
Mr. Ario Khoshbin
Founder and CEO
Prollenium Medical Technologies Inc.
138 Industrial Parkway North
Aurora Ontario
L4G 4C3
CANADA
tel: +1 (905) 508-1469

3

Toll free: (866) 353-3015
Office fax: +1 (905) 508-6716
Toll free: (888) 351-5976
www.prollenium.com
ario@prollenium.com
Skype: ariokhoshbin

This message and any attachments are confidential to the ordinary user of the email address to which it was addressed and may also be privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of the message or its attachments and should delete them from your system and kindly notify the sender immediately by return email or by calling (905) 508-1469. Any opinions contained in this message are those of the author. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late, or contain viruses. The sender therefore does not accept liability for any error.

On Nov 1, 2018, at 3:00 PM, Bunnin_Donald <Bunnin_Donald@Allergan.com> wrote:

Mr. Khoshbin,

I received your email below and your voicemail from earlier today. My colleague, Tom Poche, is responsible for Allergan's patent portfolio and will reach out to you next week to set up a time to talk.

Best,

Don


Donald P. Bunnin
Associate Vice President, Senior Counsel - Litigation & Medical Aesthetics
2525 Dupont Drive
Irvine, CA 92612
Phone: (714) 246-5532
donald.bunnin@allergan.com
www.allergan.com



-----Original Message-----
From: Ario Khoshbin <ario@prollenium.com>
Sent: Wednesday, October 31, 2018 10:43 AM
To: Bunnin_Donald <Bunnin_Donald@Allergan.com>
Subject: Revanesse Versa with Lidocaine

Mr. Bunnin,

I would like to discuss my companies new product Revanesse Versa with Lidocaine with an appropriate person at Allergan. Given Allergans patent portfolio related to Hyalurionic Acid fillers with lidocaine, I thought it would be prudent to reach out to you before we begin to market the device in the United States.

Would you like to set a time to discuss?

Regards
Ario

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

# Exhibit C

**From:**          Ario Khoshbin <ario@prollenium.com>
**Sent:**          Wednesday, January 23, 2019 3:10 PM
**To:**            Poche_Thomas
**Cc:**             khasha Ighanian
**Subject:**       Revanesse Versa +


Hi Tom

We have just become aware of the lawsuit.  For the purpose of a settlement I would like to see if we can have a conversation in the next few days before we file an IPR.

Please let me know your availability.

Thanks
Ario

Sent from my iPhone

# Exhibit D

| **From:** | Ario Khoshbin <ario@prollenium.com> |
| **Sent:** | Thursday, January 24, 2019 5:32 PM |
| **To:** | Poche_Thomas |
| **Cc:** | khasha Ighanian; ccurfman@mcciplaw.com |
| **Subject:** | Fwd: Revanesse Versa + |
| **Attachments:** | Newburger.PDF; SkinTherapyLetter March 2008.PDF; SkinTherapyLetter September 2007.PDF; SkinTherapyLetter April 2008.PDF; Sapijaszko.PDF; FR 72(63) 15886-15887.PDF; Eppley.PDF; McCracken.PDF; Clark.PDF; Kinney.PDF; Gold.PDF; Rohrich.PDF; Smith.PDF; Clark.PDF; Narins.PDF; Matarasso.PDF; Lupo.PDF; Fagien.PDF; Dale DeVore PhD.PDF |

Hi Tom,

Please find attached the references and a copy of our experts cv. Looking forward to speaking tomorrow.

Regards
Ario

# Exhibit E

| | |
|---|---|
| **From:** | Warren Thomas <wthomas@mcciplaw.com> |
| **Sent:** | Saturday, March 28, 2020 4:07 PM |
| **To:** | Mark Deming; Luke Shannon; Allergan-Prollenium |
| **Cc:** | Blumenfeld, Jack; Tigan, Jeremy A.; Andrew Mayo (AMayo@ashbygeddes.com); Day, John G.; John Harbin; Robert Leonard; Gregory Carlin; Alyssa M. Smith |
| **Subject:** | RE: Allergan v. Prollenium (19-126): stay pending IPRs |

**EXTERNAL EMAIL**   **wthomas@mcciplaw.com**

Hi Mark, we'll file the stipulation re the claim construction extension on Monday. Below are answers to your questions:

1. Yes, we propose staying the whole case.
2. No, we will not stipulate to infringement in exchange for a stay, and we will not agree to take the product off the market during the stay.
3. We propose a stay through the last final written decision and any appeals. We are open to listening to other ideas on this point.
4. Yes, in view of Court's Order 2 days ago asking us to confer, we do propose staying the second case pending the IPRs on the first six patents, too.

While we understand it is more difficult than usual to coordinate in the present environment, this is all fairly standard as far as staying the case pending IPRs go and likely no surprise to Allergan (perhaps with the exception of #4. And we can table the discussion as to that case and confer on it later if need be).

Can we schedule a meet and confer on Wednesday? We are open any time. If we reach agreement on a stay before then, then we can cancel the meeting. Otherwise we need to go ahead and meet. We appreciate you raising any questions or other suggestions, if any, before then so that we can have as productive a meeting as possible.

Thank you,

-Warren

---

**From:** Mark Deming <MDeming@Polsinelli.com>
**Sent:** Friday, March 27, 2020 4:43 PM
**To:** Warren Thomas <wthomas@mcciplaw.com>; Luke Shannon <LShannon@Polsinelli.com>; Allergan-Prollenium <Allergan-Prollenium@Polsinelli.com>
**Cc:** Blumenfeld, Jack <JBlumenfeld@MNAT.com>; Tigan, Jeremy A. <JTigan@MNAT.com>; Andrew Mayo (AMayo@ashbygeddes.com) <AMayo@ashbygeddes.com>; Day, John G. <JDay@ashbygeddes.com>; John Harbin <jharbin@mcciplaw.com>; Robert Leonard <Rleonard@mcciplaw.com>; Gregory Carlin <GCarlin@mcciplaw.com>; Alyssa M. Smith <amsmith@mcciplaw.com>
**Subject:** RE: Allergan v. Prollenium (19-126): stay pending IPRs

Warren,

You have our consent for the extension of the Markman dates.  We leave it up to you when you want to file it.

Regarding the stay request, we have some questions that will aid our client's consideration:

- Is Prollenium suggesting staying the entire case, or only the 102/103 invalidity portion?  Issues of infringement, damages, and indefiniteness will not be addressed by the PTAB, and it would seem more efficient to continue in parallel?
- If Prollenium is suggesting staying the entire case, would it agree to stipulate to infringement?  Alternatively, would Prollenium agree to keep the accused product off the market during the pendency of the stay?
- How long is Prollenium proposing the case be stayed – through the PTAB's final written decision, or would it extend through appeal?  Would a stay through appeal depend on the outcome of the final written decision?
- Is Prollenium proposing a stay of the more recently-filed case as well?  The Court entered an order recently regarding the parties conferring about the possible coordination of the cases.  The recently-filed case includes patents that are not the subject of any pending petitions of IPR.

We look forward to your responses.

Thank you,
Mark

---

**From:** Warren Thomas [mailto:wthomas@mcciplaw.com]
**Sent:** Wednesday, March 25, 2020 3:21 PM
**To:** Mark Deming; Luke Shannon; Allergan-Prollenium
**Cc:** Blumenfeld, Jack; Tigan, Jeremy A.; Andrew Mayo (AMayo@ashbygeddes.com); Day, John G.; John Harbin; Robert Leonard; Gregory Carlin; Alyssa M. Smith
**Subject:** RE: Allergan v. Prollenium (19-126): stay pending IPRs

**EXTERNAL EMAIL**   wthomas@mcciplaw.com

Hi Mark, thank you for the update. We agree to the interim extension of each of the briefing service dates by one week, and agree that the April 29 filing date is good to leave alone for now. I think we'll need to file a stipulation (unless Jeremy or Andrew say otherwise), but I'll suggest we hold off on sending that until Friday or Monday in case you have a broader answer by then (unless you don't think it's likely to be resolved before then).

Talk soon,
Warren

---

**From:** Mark Deming <MDeming@Polsinelli.com>
**Sent:** Wednesday, March 25, 2020 3:38 PM
**To:** Warren Thomas <wthomas@mcciplaw.com>; Luke Shannon <LShannon@Polsinelli.com>; Allergan-Prollenium <Allergan-Prollenium@Polsinelli.com>
**Cc:** Blumenfeld, Jack <JBlumenfeld@MNAT.com>; Tigan, Jeremy A. <JTigan@MNAT.com>; Andrew Mayo (AMayo@ashbygeddes.com) <AMayo@ashbygeddes.com>; Day, John G. <JDay@ashbygeddes.com>; John Harbin <jharbin@mcciplaw.com>; Robert Leonard <Rleonard@mcciplaw.com>; Gregory Carlin <GCarlin@mcciplaw.com>; Alyssa M. Smith <amsmith@mcciplaw.com>
**Subject:** RE: Allergan v. Prollenium (19-126): stay pending IPRs

Hi Warren,

Allergan is still considering the request.  We're hopeful we'll be able to reach an agreement on the stay request but need additional time to assess the situation given all that is going on right now.  In the meantime, Allergan agrees to a one-week extension of Prollenium's response claim construction brief, provided the remaining briefing deadlines are similarly extended.  We believe the parties should be able to keep the April 29, 2020 deadline for filing of the Joint Claim Construction Brief as the sur-reply deadline would be April 27th.

Thank you,
Mark

---

**From:** Warren Thomas [mailto:wthomas@mcciplaw.com]
**Sent:** Wednesday, March 25, 2020 10:40 AM
**To:** Mark Deming; Luke Shannon; Allergan-Prollenium
**Cc:** Blumenfeld, Jack; Tigan, Jeremy A.; Andrew Mayo (AMayo@ashbygeddes.com); Day, John G.; John Harbin; Robert
Leonard; Gregory Carlin; Alyssa M. Smith
**Subject:** RE: Allergan v. Prollenium (19-126): stay pending IPRs

**EXTERNAL EMAIL**   wthomas@mcciplaw.com

Hi Mark, following up on our request below. Do you have an update from Allergan? In the meantime, would Allergan
agree to an extension of time to serve Prollenium's claim construction brief while Allergan is considering the stay
request?

If it is necessary, we are generally open for a meet and confer this afternoon, Thursday (except for 12–1), and Friday. Let
us know if you have a preferred time if so.

Thank you,

Warren

**From:** Mark Deming <MDeming@Polsinelli.com>
**Sent:** Monday, March 23, 2020 11:18 AM
**To:** Warren Thomas <wthomas@mcciplaw.com>; Luke Shannon <LShannon@Polsinelli.com>; Allergan-Prollenium
<Allergan-Prollenium@Polsinelli.com>
**Cc:** Blumenfeld, Jack <JBlumenfeld@MNAT.com>; Tigan, Jeremy A. <JTigan@MNAT.com>; Andrew Mayo
(AMayo@ashbygeddes.com) <AMayo@ashbygeddes.com>; Day, John G. <JDay@ashbygeddes.com>; John Harbin
<jharbin@mcciplaw.com>; Robert Leonard <Rleonard@mcciplaw.com>; Gregory Carlin <GCarlin@mcciplaw.com>;
Alyssa M. Smith <amsmith@mcciplaw.com>
**Subject:** RE: Allergan v. Prollenium (19-126): stay pending IPRs

Warren,

Thank you for your email.  Allergan is considering your request, and we will get back to you as soon as we can.

Best,
Mark

---

**From:** Warren Thomas [mailto:wthomas@mcciplaw.com]
**Sent:** Friday, March 20, 2020 4:31 PM
**To:** Mark Deming; Luke Shannon; Allergan-Prollenium
**Cc:** Blumenfeld, Jack; Tigan, Jeremy A.; Andrew Mayo (AMayo@ashbygeddes.com); Day, John G.; John Harbin; Robert
Leonard; Gregory Carlin; Alyssa M. Smith
**Subject:** Allergan v. Prollenium (19-126): stay pending IPRs

**EXTERNAL EMAIL**   wthomas@mcciplaw.com

Allergan counsel, yesterday and today the PTAB instituted trial on four of the six asserted patents in this action. Based on the PTAB's reasoning in the four decisions so far (attached), it is very likely the PTAB will institute on the last two petitioned patents as well. Prollenium intends to seek a stay pending the resolution of all the IPRs. Will Allergan agree to a stay?

If so we will draft a proposed stipulation for your review. If not, can you let us know some times mid-week next week that you are available for a meet and confer?

Thank you,

**Warren Thomas | Principal**

Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300│Atlanta GA 30309
D: 678-771-7781 │F: 404-645-7707
E: wthomas@mcciplaw.com │ www.mcciplaw.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

# Exhibit F

# United States Court of Appeals for the Federal Circuit

## Median Time to Disposition in Cases Terminated After Hearing or Submission[1]

### Docketing Date[2] to Disposition Date, in Months

|  | FY 10 | FY 11 | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | FY17 | FY 18 | FY 19 | Overall Median per Origin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District Court | 11.0 | 11.2 | 11.8 | 11.8 | 12.0 | 12.0 | 13.0 | 13.0 | 14.0 | 16.0 | 12.0 |
| Court of Federal Claims | 10.0 | 10.6 | 9.9 | 10.4 | 10.0 | 10.0 | 9.0 | 9.0 | 11.0 | 12.0 | 10.0 |
| Court of International Trade | 11.0 | 12.2 | 12.6 | 12.4 | 13.0 | 12.0 | 13.0 | 15.0 | 14.0 | 14.0 | 12.8 |
| Court of Appeals Veterans Claims | 9.3 | 6.0 | 8.6 | 11.2 | 10.0 | 7.0 | 7.5 | 6.0 | 14.0 | 12.0 | 9.0 |
| Board of Contract Appeals | 8.8 | 10.0 | 11.5 | 13.3 | 16.0 | 10.0 | 10.0 | 9.0 | 13.5 | 16.0 | 10.8 |
| Department of Veterans Affairs | n/a | 19.4 | 15.7 | n/a | n/a | 16.0 | 13.0 | 17.0 | 19.0 | 17.0 | 17.0 |
| Department of Justice | 8.9 | n/a | n/a | 9.7 | 12.0 | 5.9 | 12.0 | 13.0 | 12.0 | 15.0 | 12.0 |
| International Trade Commission | 14.8 | 14.6 | 16.1 | 13.7 | 16.0 | 13.0 | 17.0 | 13.0 | 11.0 | 17.0 | 14.7 |
| Merit Systems Protection Board | 6.1 | 6.1 | 6.4 | 7.4 | 6.0 | 6.5 | 7.0 | 6.0 | 12.0 | 12.5 | 6.5 |
| Office of Compliance | 13.0 | 15.0 | n/a | n/a | n/a | n/a | n/a | n/a | 14.0 | 13.0 | 13.5 |
| Patent and Trademark Office | 8.2 | 11.2 | 11.7 | 10.1 | 10.0 | 11.0 | 11.0 | 13.0 | 15.0 | 15.0 | 11.1 |
| Government Accountability Office | n/a | n/a | n/a | n/a | n/a | n/a | 11.0 | n/a | n/a | n/a | 11.0 |
| **Overall Median per Fiscal Year** | 9.7 | 11.2 | 11.7 | 11.2 | 12.0 | 10.5 | 11.0 | 13.0 | 14.0 | 15.0 | 11.5 |

[1]  Excludes cross and consolidated appeals, writs, and OPM petitions
[2]  Calculated from Date of Docketing or Date of Reinstatement, whichever is later

# Exhibit G

Made in Canada 🍁

The Technology Behind Revanesse®

The only dermal filler cross-linked using Thix*ofX*™ technology now with the addition of *Lidocaine* for patient comfort and pain control.



Thix*ofix*®
ReticulatedThixotropicMatrix



**Prollenium Medical Technologies**
139 Industrial Parkway N, Aurora, Ontario, Canada, L4G 4C3
T:1 905 508 1469   F: 1 905 508 6716   E: info@prollenium.com
www.revanesse.com  www.prollenium.com

Thixofix® technology results in a more homogeneous, uniform, reticulated gel providing patients with longer-lasting, more even results.

PROLL00044110





# The Technology Behind Revanesse®

## Thixofix® Cross-Linking Technology

The manner in which a gel is cross-linked has a significant impact on its particle shape, size, and homogeneity These key factors all contribute to the gel's ability to be easily injected with the optimal elastic properties to provide soft, natural, long-lasting results

## What makes Revanesse® different from other HA fillers?

The answer lies in Prollenium's proprietary Thixofix® cross-linking technology. Thixofix® is designed to maximize the effectiveness of the cross-linked HA chains present in the gel. Links between different HA chains are promoted, while ineffective 'dangling' links and less effective links between portions of the same chain are minimized. The unique process creates an extremely homogeneous, uniformly cross-linked gel with no high or low cross-linked 'zones'.

## Thixofix® produces a highly viscous gel that:

- Can be easily injected through a fine gauge needle without causing degradation to the modified HA particles
- Has a more spherical particle shape, uniform size and even distribution
- Derives maximum benefit in terms of visco-elastic properties and durability with a minimal amount of modification

## Gel Characteristics

Juvederm® Ultra Plus/4        Revanesse® Ultra        Restylane®





Revanesse® Ultra has more uniform, smoother particles

## Aspect Ratio Comparison

Aspect ratio is a measure of the length over the width of a particle. It is then used in a size f...




Revanesse® Ultra has more spherical particles

## Comparison of Particle Size




Revanesse® Ultra has a smaller average particle size

## Enzymatic Degradation



Scaled G' (G' at time t divided by G' at time 0) at 1 Hz as a function of time

Revanesse® Ultra degrades more slowly because of the uniformity of cross-linking

PROLL00044111