# EXHIBIT H

ORAL ORDER: Having reviewed the parties' briefing and related submissions (see, e.g., D.I. 234, 262, 268), IT IS HEREBY ORDERED that Defendants' renewed motion for a stay pending resolution of various inter partes reviews (D.I. 233) is DENIED. In the time since the Court denied Defendants' previous motion to stay, on October 27, 2017 (D.I. 196), the PTAB has instituted IPRs on all asserted claims in six of the seven patents-in-suit. However, in that same time, the Court has construed the parties' disputed claim terms, handled additional discovery-related disputes, begun reviewing the parties' summary judgment and Daubert motions (scheduled to be argued April 3), and generally proceeded toward trial (fact and expert discovery are essentially complete), which has long been scheduled for June 11, 2018. The IPRs, although now instituted, remain at early stages, will not even be argued until between September 12 and November 5, 2018, and will likely not be concluded until approximately February 2019, well after this Court's trial. It is just as likely that the infringement-related motions pending in this Court will simplify this case as would waiting for the PTAB to conclude its reviews. Delaying the progress of this litigation at this point would prejudice Plaintiff, risk wasting the Court's resources, and likely provide Defendants an unfair tactical advantage. There is no reason at all for staying proceedings related to the '228 patent, for which no IPR was even requested, and the Court determines the most reasonable approach (in a case which is nearly two years old, and involves competitors) is to proceed with all of the patents-in-suit rather than stay them all or impose a partial stay. With respect to Defendants' alternative request that the Court construe an additional disputed claim term, the Court recognizes its obligation to construe disputed, material terms no later than when the case is submitted to the jury. (See also D.I. 75) The Court will consider additional claim construction disputes after the forthcoming motions hearing. Accordingly, IT IS HEREBY ORDERED that the parties meet and confer and, no later than March 23, submit a proposed schedule leading to conclusion of any additional claim construction briefing by the date for submission of the proposed final pretrial order. ORDERED by Judge Leonard P. Stark on 3/9/18. (ntl) (Entered: 03/09/2018)

As of March 12, 2018, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Plastic Omnium Advanced Innovation and Research v. Donghee America, Inc. et al*
1-16-cv-00187 (DED), 3/9/2018, docket entry 278