IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and ALLERGAN INDUSTRIE SAS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PROLLENIUM US INC. and PROLLENIUM MEDICAL TECHNOLOGIES INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **REDACTED PUBLIC VERSION**<br><br>C.A. No. 19-126-CFC |

## DEFENDANTS' MOTION FOR LEAVE TO AMEND

Pursuant to Federal Rule of Civil Procedure 15(a)(2), and D. Del. LR 15.1, Defendants Prollenium US Inc. and Prollenium Medical Technologies Inc. (collectively, "Prollenium") respectfully request leave to amend their Amended Answer and Counterclaim (D.I. 29) for the reasons set forth in Prollenium's Opening Brief, filed contemporaneously herewith.

Pursuant to LR 15.1, a copy of Prollenium's proposed Second Amended Answer and Counterclaims is attached as Exhibit 1. A redlined version of Prollenium's proposed Second Amended Answer and Counterclaims compared to the First Amended Answer and Counterclaim is attached as Exhibit 2.

{01530018;v1 }

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| | _____ |
| | John G. Day (#2403) |
| | Andrew C. Mayo (#5207) |
| | 500 Delaware Avenue, 8th Floor |
| *Of Counsel:* | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| John W. Harbin | (302) 654-1888 |
| Gregory J. Carlin | jday@ashbygeddes.com |
| Warren Thomas | amayo@ashbygeddes.com |
| Robert J. Leonard | |
| MEUNIER CARLIN & CURFMAN LLC | *Attorneys for Defendants* |
| 999 Peachtree Street NE, Suite 1300 | |
| Atlanta, GA  30309 | |
| (404) 645-7700 | |

Dated:  January 24, 2020

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that counsel for Prollenium made reasonable efforts to reach agreement on the attached motion with counsel for Plaintiff.  The parties were unable to reach agreement.

 

/s/ Andrew C. Mayo
_____
Andrew C. Mayo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC. and<br>ALLERGAN INDUSTRIE SAS,<br><br>        Plaintiffs,<br><br>v.<br><br><br>PROLLENIUM US INC. and<br>PROLLENIUM MEDICAL<br>TECHNOLOGIES INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 19-126-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Before the Court is Defendants Prollenium US Inc. and Prollenium Medical Technologies Inc.'s Motion for Leave to Amend its First Amended Answer and Counterclaims.

The Court, having considered Prollenium's Motion, the parties' briefing, and the relevant authorities, finds that Prollenium's Motion should be GRANTED.

SO ORDERED this ____ day of _____, 2020.

_____
United States District Judge

{01530147;v1 }